ROBERT H. GILMAN *v.* PATRICIA COYLE GILMAN

The defendant's petition for certification for appeal from the Appellate Court is denied.

BERDON, J., dissenting. I would grant the petition for certification.

*Sue L. Wise*, in support of the petition.

*Lee Marlow*, in opposition.

Decided May 21, 1992